

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern  District of Pennsylvania

|  |  |
|---|---|
| HENRY JAMES HOLMES _____ | Case No.  **19    4794** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |
| -v- | |
| Pittsburgh Police OFFICER Michael P. VEITH _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U.S.C. § 1915. A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months.  See 28 U.S.C. § 1915(a)(2).

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10.00, until the entire filing fee has been paid.  See 28 U.S.C. § 1915(b). **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                         HENRY JAMES HOLMES

All other names by which
you have been known:         NONE

ID Number                    # 174651

Current Institution          Released 3-6-2015-Allegheny

Address                      County Jail 950 Second Ave,
                             Pittsburgh        PA      15219
                             City              State       Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                         Michael P. Veith

Job or Title *(if known)*    Pittsburgh Police Officer

Shield Number

Employer                     Pittsburgh Police Dept

Address                      PGH Bureau of Police -1203 Western
                     Ave,    Pittsburgh        PA      15233
                             City              State       Zip Code

[X] Individual capacity    [ ] Official capacity

Defendant No. 2

Name                         WARDEN: Orlondo Harper

Job or Title *(if known)*    WARDEN - Allegheny County

Shield Number

Employer

Address                      Allegheny County Jail-950 2nd Ave,
                             Pittsburg         PA      15219
                             City              State       Zip Code

[X] Individual capacity    [ ] Official capacity

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

| | |
|---|---|
| Name | STEPHEN A. ZaPPala JR. |
| Job or Title *(if known)* | DISTRICT ATTORNEY |
| Shield Number | |
| Employer | ALLEGHENY COUNTY |
| Address | ALLEGHENY COUNTY COURTHOUSE - 436 |
| | Grant ST, Pittsburgh P.A. 15219 |

Grant ST, Pittsburgh     P.A.     15219

       *City*        *State*        *Zip Code*

[X] Individual capacity    [ ] Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Jose Manuel Carvallo JR. |
| Job or Title *(if known)* | Public DEFENDER |
| Shield Number | |
| Employer | ALLEGHENY County Public DEFENDER OFFICE |
| Address | County OFFICE Building - 542 Forbes |
| | Ave, #400 Pittsburgh PA 15219 |

       *City*        *State*        *Zip Code*

[ ] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FALSE ArrESt Aug 29, 2014 - UNlawFul TrESPassiNG - MCKEES Rocks AddrESS

DuE ProCESS ClAUSE - dENial OF AFFECtiuE CoUNSEl

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

Defendant No. 3

    Name             *Kara Marie Sidone*

    Job or Title *(if known)*   *District Attorney*

    Shield Number

    Employer        *Allegheny County Da's office*

    Address         *436 Grant St, #303 Courthouse*

                 *Pittsburgh*      *PA*     *15219*

                        *City*          *State*      *Zip Code*

          [X] Individual capacity     [ ] Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                        *City*          *State*      *Zip Code*

          [ ] Individual capacity     [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

      [ ] Federal officials (a *Bivens* claim)

      [X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*With Holding Evidence of my innocence from the Court Brady V. Maryland U.S. - And with Holding my Address From the Court so i would not be released To Present my own Evidence*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

3/2014 UPON MY arrival TO Pittsburgh, P.A. From the State OF Calif.
The megan's law registration coordinator set MY registration
UP For every three months with out telling me to report change
OF Address 72 Hours AFTER moving to a New Address. July - 2014

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I moved Out a Homeless shelter into my own Apartment AT 514
Island Ave, # 13 Mckees Rocks, P.A 15136 where i was Unlawfully
Arrested Aug 29, 2014 And charged with Failure to register.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Unlawful Trespassing And Arrest Aug 29, 2014 AT my
Mckees Rocks Apartment. The Arresting Officer And D.A.
Told the bail Judge i was Arrested On the streets Homeless so i would
Not be Released to Present to the Court Evidence OF my registration

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Forced my Guilty Plea is the Result OF ineffective assistance
OF Counsel And the State OF Penn Holding me in the
County Jail For Six months to deprive me From Presenting Evidence

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

C.   What date and approximate time did the events giving rise to your claim(s) occur?

FALSE ARREST Around 7:30 AM ON Aug 29, 2014
AND I WAS STILL IN MY bed Sleep

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

TENANTS WHO'S NO longer AT the Property
OWNER Paul JOHNSON Island AVE APT, P.O. Box 79087
PGH. PA 15216

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SLANDER- MENTAL STRESS

SENTENCE 3 years Felony Probation
My megan's law Registration WAS with held From the COURT
by the OFFICER, Public Defender And District Attorney OFFICE

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I WANT RELIEF- UNlawFUl megan's law registration, I WANT The
Felony Change OFF My Record, CONVICTION Vacated. 6 months
UNlawFUl CONFINEMENT, FALSE Arrest, Relief For 3 years Probation,
UNlawFUl TResPassing; 6 months loss OF My APARTMENT, SLANDER,
PUNITIVE damages, COMPENSATORY damages, MONETARY damages

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes   *arised From my uNlawFul CaliF megan's law registration–That's UNlawFul detainment For liFE*

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes   *ON Appeal iN the NiNth Circuit Court OF Appeals – CaliF*

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes   *All They did WAS Cover UP The FAlSE SEx*

☒ No   *Charge CaliF Filed against ME iN 2000 WITh OUT EvideNCE OF GUilt*

☐ Do not know

If yes, which claim(s)?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes    They kept me in the County Jail For The Full six months then Put me on the street Homeless 3-6-2015

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes    Calif was informed of my False Arrest

☐ No    Aug 29, 2014

E.    If you did file a grievance:

1.    Where did you file the grievance?

2.    What did you claim in your grievance?

Penn unlawfully Arrested me And detained me For 6 months Kidnapping Charges will be Filed

3.    What was the result, if any?

Sent back to the Calif Trial Court For Correction on the Judgement

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

My Appeal was delayed For 19 years do to The Trial Court And D.A. Concealing documents From my 2000 Trial

F.   If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

F. B. I. CaliF State Attorney General - Riverside Civil Grand Jury - NO RePly YeT

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes     *when Calif Vacats the Conviction — many law Suits will be Filed in both States*

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

*Pending in Calif*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
Plaintiff(s) _____
Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☒ Yes   *Calif*

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

RIF091270 Sent back To Trial Court For Corrections

E.D.Pa. AO Pro Se 14 ( Rev. 04/18) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *10-10-2019*

| | |
|---|---|
| Signature of Plaintiff | *Henry J. Holmes* |
| Printed Name of Plaintiff | *HENRY James Holmes* |
| Prison Identification # | *Allegheny County Jail IT 4651* |
| Prison Address | *Released 3-6-2015* |

| City | State | Zip Code |
|---|---|---|

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |

| City | State | Zip Code |
|---|---|---|

| | |
|---|---|
| Telephone Number | *412-430-2299* |
| E-mail Address | |

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Notice of Award

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date:  October 19, 2015
Claim Number:  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HA

HENRY HOLMES
903 WATSON ST
PITTSBURGH, PA 15219-4709

You are entitled to monthly disability benefits beginning September 2015.

## The Date You Became Disabled

We found that you became disabled under our rules on April 1, 2015.

The date we found you disabled is different from the date you gave us on the application.

To qualify for disability benefits, you must be disabled for five full calendar months in a row.  The first month you are entitled to benefits is September 2015.

## What We Will Pay And When

- You will receive $858.00 for October 2015 around November 3, 2015.

- After that you will receive $858.00 on or about the third of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

## Other Government Payments Affect Benefits

We are withholding your Social Security benefits for September 2015.  We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period.  When we decide whether or not we will have to reduce your Social Security benefits, we will send you another letter.  We will pay you any Social Security benefits you are due for this period.

Enclosure(s):
Pub 05-10153

C                              See Next Page

Commonwealth of Pennsylvania
Court of Common Pleas
County of Allegheny
5th Judicial District



**NOTICE OF
PRE-TRIAL CONFERENCE**

Commonwealth of Pennsylvania
v.
Henry Holmes

Allegheny Criminal Division
Department of Court Records - Criminal Division
115 Courthouse
436 Grant Street
Pittsburgh, PA 15219

Docket No:     CP-02-CR-0012575-2014

You are hereby DIRECTED to appear for a/an Pre-Trial Conference in the above-captioned case to be held on/at:

| Date: November 21, 2014 | Location: Courtroom 516 - Allegheny County Courthouse Allegheny County Courthouse 436 Grant Street Pittsburgh, PA 15219 |
| Time: 8:30 am | |

This proceeding will take place before Judge Thomas Flaherty.

**To the Defendant:**

**You should discuss this matter promptly with your attorney. If you fail to appear as required or comply with the conditions of the bail bond, if any, then the bond shall remain in full force, and the full sum of the monetary condition of release may be forfeited and your release may be revoked. In addition, a warrant for your arrest may be issued. Bring this notice with you.**

**If you fail to appear without cause at any proceeding for which your presence is required, including trial, your absence may be deemed a waiver of your right to be present, and the proceeding, including the trial, may be conducted in your absence.**

**If you are disabled and require a reasonable accommodation to gain access to the Allegheny County Court of Common Pleas and its services, please contact the Allegheny County Court of Common Pleas at the above address or telephone number. We are unable to provide transportation.**

I, the undersigned, acknowledge receipt of this notice.

_____                    _____
Signature of Recipient  (Henry Holmes)                              Date Received

Primary Participant Name and Address:
Holmes, Henry
Unknown Address
PA

*Told the bail Judge i was
Arrested on the Street Homeless &
So i would not be released to
Present Evidence of my registration
For 2014*

Holmes, Henry
Allegheny County Jail  DOC# 174651
950 SECOND AVE
PITTSBURGH, PA 15219

*4915 A1 Failure To Comply with Registration
Sexual offenders Requirements*

# Monthly Rental Agreement

THIS AGREEMENT, entered into on _July_ _1_ , 20 _14_ , by and between _Island Ave Apts L.P._ , hereinafter Lessor, and _HENRY HOLMES_ , hereinafter Lessee.

WITNESSETH: That for and in consideration of the payment of the rents and the performance of the covenants contained on the part of Lessee, said Lessor does hereby demise and let unto Lessee, and Lessee hires from Lessor those premises described as: _Apt 13_ located at _514 Island Avenue McKeesRocks Pa 151_ for a tenancy from month-to-month commencing on _July_ _1_ , 20 _14_ and at a monthly rental of _Four Hundred ten_ Dollars ($ _410.00_ ) per month, payable monthly in advance on the _FIRST_ day of each and every month, on the following TERMS AND CONDITIONS:

1. **Form of Payment.** Lessee agrees to pay rent each month in the form of one personal check, OR one cashier's check, OR one money order made out to _Island Ave Apts L.P._

2. **Delivery of Payment.** Rent will be paid:

   _✓_ in person, at _Apt 13 Island Ave McKeesRocks PA 15136_

   _____ by mail, to _PO Box 79087, PGH PA 15216_

3. **Returned Checks.** If, for any reason, a check used by Lessee to pay Lessor is returned without having been paid, Lessee will pay a charge of _Twenty - Five_ Dollars ($ _25.00_ _____ ) as additional rent AND take whatever other consequences there might be in making a late payment. After the second time a Lessee's check is returned, Lessee must thereafter secure a cashier's check or money order for payment of rent.

4. **Late Payments.** For any rent payment not paid by the date due, Lessee shall pay a late fee in the amount of _Twenty Five_ Dollars ($ _25.00_ _____ ).

5. **Prorated First Month.** For the period from Lessee's move-in date, _July 10, 20 14_ , through the end of the month, Lessee will pay to Lessor a prorated monthly rent of _Two Hundred Seventy eight_ Dollars ($ _278.00_ ). This amount will be paid on or before the date the Lessee moves in.

6. **Occupants.** The said premises shall be occupied by no more than _1_ adults and _0_ children.

7. **Pets.** Pets shall not be allowed without the prior written consent of the Lessor. At the time of signing this lease, Lessee shall pay to Lessor, in trust, a deposit of _N/A_ Dollars ($ _N/A_ ), to be held and disbursed for pet damages to the Premises (if any) as provided by law. This deposit is in addition to any other security deposit stated in this lease. Any Lessee who wishes to keep a pet



# PENNSYLVANIA STATE POLICE
## DEPARTMENT HEADQUARTERS
## 1800 ELMERTON AVENUE
## HARRISBURG, PA 17110

Tuesday, April 01, 2014
SID Number: 13373311

HENRY JAMES HOLMES
HOMELESS
PITTSBURGH, PA 15219

Dear Mr. HENRY HOLMES

Please use this correspondence as confirmation the Pennsylvania State Police Megan's Law Section has received and processed your sexual offender registration information. You now appear on the Megan's Law Registry pursuant to Act 111 of 2011 (as amended), as a sexual offender.

**Additionally, your sexual offender classification is Tier 3. This designation requires that you register as a sexual offender with the Pennsylvania State Police for Lifetime. Furthermore, you are required to verify your registration information Every 3 Months at an approved registration site during the ten days before the following dates(s) each year:**

**6 - Jun**
**6 - Sep**
**6 - Dec**
**6 - Mar**

Prior to your verification date(s), the State Police Megan's Law Section will send a notice by first class United States mail to your last reported mailing address to remind you of your reporting date(s). The notice will also include a list of approved registration / verification sites where you may complete your verification. However, neither failure of the State Police to send a notice, nor failure of you to receive a notice relieves you of your obligation to verify your address, other required information, and be photographed within your mandated reporting dates(s). Prior to going to a site, it is recommended you call the site to ensure it is currently open to the public and/or a registering official is there to process you. *Driver's license, vehicle registration information, professional licenses, passports, etc. must be brought with you to the registration site.

You are also required to appear in-person at an approved registration site to report any change(s) to your residence(s), employment/vocation, school information, or other required information within three business days of the change(s). For a complete list of required reporting information, please visit the Pennsylvania State Police Megan's Law website, http://www.pameganslaw.state.pa.us, or contact the Megan's Law Unit directly at 1-866-771-3170. Failure to verify your information in-person at an approved registration / verification site within ten days before your assigned reporting date or failure to report any changes to your residence(s), employment/vocation, school information or other required information within three business days of the change(s) is a violation of 18 Pa. C.S. § 4915.1, a felony criminal offense.

If you have any question(s,) contact the Megan's Law Section at 1-866-771-3170 or send correspondence to the address listed above.

SLANDER
UNlawful Registration
And Personal info on
The web Site

Sincerely,

LT. Todd L. Harman

Lieutenant Todd L. Harman
Commander
Megan's Law Section

## Other Orders/Judgments
2:17-cv-01278-MRH-MPK HOLMES v. HARPER et al

### U.S. District Court

### Western District of Pennsylvania

**Notice of Electronic Filing**

The following transaction was entered on 10/16/2017 at 4:19 PM EDT and filed on 10/16/2017
**Case Name:**       HOLMES v. HARPER et al
**Case Number:**     2:17-cv-01278-MRH-MPK
**Filer:**
**Document Number:** 11

**Docket Text:**
**REPORT AND RECOMMENDATION re [1] Complaint, recommending that pursuant to 28 U.S.C. § 1915(e), the Complaint be dismissed before being served because the Complaint fails to state a claim upon which relief can be granted as it is, inter alia, barred by the two year statute of limitations. Objections to R&R for Unregistered ECF Users due by 11/2/2017. Signed by Chief Magistrate Judge Maureen P. Kelly on 10/16/2017. A copy of the Report and Recommendation together with this Notice of Electronic Filing are being sent to Plaintiff at his address of record. (tmr)**

**2:17-cv-01278-MRH-MPK Notice has been electronically mailed to:**

**2:17-cv-01278-MRH-MPK Filer must deliver notice by other means to:**

HENRY HOLMES
514 Island Avenue Apt 1
McKees Rocks, PA 15136

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1098469114 [Date=10/16/2017] [FileNumber=5224132-0] [ad05bf83eb65dba66001efd09f3d2099a61d7deb11c1b2a8bc004e226713aee64d9bdf73cedadba011768e30516ef132c1841b93a5683b406cf32457249af40f]]



# Supreme Court of Pennsylvania

Western District

John A. Vaskov, Esq.
Deputy Prothonotary
Patricia A. Nicola
Chief Clerk

801 City-County Building
414 Grant Street
Pittsburgh, PA 15219
(412) 565-2816
www.pacourts.us

October 9, 2018

RE:    Commonwealth v. Holmes, H., Pet
       153 WM 2018
       Intermediate Court Docket No:
       Trial Court: Allegheny County Court of Common Pleas
       Trial Court Docket No:  CP-02-CR-0012575-2014

Dear  Attorney Streily

    This is to advise that the below listed item(s) was/were received in the above-captioned matter.

        Application for Leave to File Original Process and Petition for Writ of Habeas Corpus

    An original (unbound) and one (1) copy of either the Answer, or a letter stating that an Answer will not be filed, is required to be filed within fourteen (14) days after service.  An additional three (3) days may be added if service was effectuated by mail.  See Rule Pa.R.A.P. 121(e).

    Effective January 6, 2018, all filings must contain a certification of compliance with the Public Access Policy of the Unified Judicial System.  For more information, visit www.pacourts.us/public-record-policies.

                                  Very truly yours,
                                  Office of the Prothonotary

/kao
cc:  Mr. Henry James Holmes

Penn Problems Have Not started Yet !
Wait until Calif Vacats the Judgement



### Supreme Court of Pennsylvania
Western District

John A. Vaskov, Esq.
Deputy Prothonotary
Patricia A. Nicola
Chief Clerk

801 City-County Building
414 Grant Street
Pittsburgh, PA 15219
(412) 565-2816
www.pacourts.us

November 26, 2018

Mr. Henry James Holmes
1352 Pitt St
Apt 1
Wilkinsburg, PA 15221

RE:   Commonwealth v. Holmes, H., Pet
      No. 153 WM 2018
      Lower Appellate Court Docket No:
      Trial Court Docket No:  CP-02-CR-0012575-2014

Dear Mr. Holmes:

Enclosed please find a certified copy of an order dated November 26, 2018 entered in the above-captioned matter.

Very truly yours,
Office of the Prothonotary

/kao
Enclosure
cc:  Michael Wayne Streily, Esq.

## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 153 WM 2018

      Respondent     :

             :

     v.        :

             :

HENRY JAMES HOLMES,     :

      Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 26th day of November, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.

A True Copy Patricia Nicola
As Of 11/26/2018

Attest: _Patricia Nicola_
Chief Clerk
Supreme Court of Pennsylvania

*Calif Pc 118.1*

CITE 05/08/2000
25,000.00

AGENCY#: P300024029/RPD

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Riverside)

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

HENRY JAMES HOLMES
DOB:11/10/1959
AKA:HENRY JAMES HOLMES

Defendant

D.A.# 128284

CASE NO. RIF001870

**IMAGED**

FELONY COMPLAINT

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

APR 18 2000

OTHER

*FALSE ARREST 5-8-00*     (COUNT 1)

The undersigned, under penalty of perjury upon information and belief, declares: That the above named defendant(s) committed a violation of Penal Code section 220, a felony, in that on or about March 24, 2000, in the County of Riverside, State of California, he did wilfully and unlawfully assault SANDRA R., with the intent to commit rape.

COUNT 2

That the above named defendant(s) committed a violation of Penal Code section 243.4, subdivision (d), a misdemeanor, in that on or about March 24, 2000, in the County of Riverside, State of California, he did wilfully and unlawfully directly and indirectly touch an intimate part of another person, to wit: SANDRA R., for the purpose of sexual arousal, sexual gratification, and sexual abuse, against the will of said person.

*dismissed 3-24-00 by POLICE DEPT - NO EVIDENCE*

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.

Dated: April 12, 2000

CEM:pb

Complainant

*Calif FALSE ARREST 5-8-00 - PENN Aug 29, 2014*

②

**RIVERSIDE POLICE DEPARTMENT
COMPLAINT CONTROL FORM**

Complaint File Number: *PC-18 01 007*
Police Report/Cite Number: P300084029

Location of Incident: 3911 University Ave.   Date: 03-24-00   Time: 0323

Received By: *IA*   Date/Time: *1/30/18*   Routed to: *IA*

Subject Employee: Robert Forman *Convicted Sex offender*   ID#: 844

Complainant: Henry Holmes   Date of Birth: 11-10-59   Sex: M   Race: B
Address: 1352 Pitt St. #1   City: Wilkinsburg   State: PA   Zip Code: 15221
Home Phone: 412-430-2299   Cell / Business Phone: _____
Business Address: _____
Email Address: _____

Witness: _____   Date of Birth: _____   Sex: _____   Race: _____
Address: _____   City: _____   State: _____   Zip Code: _____
Home Phone: _____   Cell / Business Phone: _____
Business Address: _____

Witness: _____   Date of Birth: _____   Sex: _____   Race: _____
Address: _____   City: _____   State: _____   Zip Code: _____
Home Phone: _____   Cell / Business Phone: _____
Business Address: _____

Complaint:
On January 30, 2018, Internal Affairs received a letter from Holmes. Holmes alleged Forman
arrested him without probable cause and falsified a police report. The alleged incident occurred in
2000. See attached.

Allegations:   *UNSIGNED FELONY COMPLAINT*
1 - 330.3.5(n) False reporting
2- 330.3.5 (t) Exceeding lawful peace officer powers

*NO EVIDENCE OF GUILT*

*COVER UP BY CALIF AND PENN*

Signature of Complainant (Optional): *Henry J. Holmes*

CA00331300

# Riverside Police Department

## Initial Report

| 1. Dist. | 2. Type Cir | | 4. File Number |
|---|---|---|---|
| C01 | ARA   SACA | | P3-00-084-029 |

| 5. Code Section/Classification | 6. Add Charges | 7. Location of Occurrence |
|---|---|---|
| 243.4(d)(1)PC/ Sexual Battery | ☒ Yes ☐ No | 3911 University Ave. |

| 8. Julian date and time of occurrence | 9. Day | 10. Date/Time Reported | 11. Date of Report | 12. Type of Premises |
|---|---|---|---|---|
| 084    0323 | 6 | 03-24-00 / 0323 | 03-24-00 | Greyhound Bus Station |

| 13. Victim Name or Firm | 14. Residence Address | 15. Res. Phone |
|---|---|---|
| ▇▇▇▇▇ | ▇▇▇▇▇ | ▇▇▇ |

| 16. Sex/Race | Height | Weight | Hair | Eyes | 17. D.O.B. | 18. Business Address | 19. Bus. Phone |
|---|---|---|---|---|---|---|---|
| ▇▇ | ▇ | ▇ | ▇ | ▇ | | None | ▇ |

| 20. If treated for injuries, by whom? | 21. If hospitalized, where? | 22. Date/Time | 23. Nature of Injuries |
|---|---|---|---|
| | | 03-24-00 / 0400 | Complaint of Pain |

| 24. Vict Veh | License Number | State | Color (Top/Bottom) | Year | Make/Model/Type | How was the vehicle involved? | Veh. Stored? |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ Yes ☐ No |

| 25. WILL THE VICTIM PROSECUTE? | | Veh. Stored? ☒ Yes ☐ No |
|---|---|---|

FOR CODE USE: V- Victim   DC- Discovered Crime   RP- Reporting Party   P- Parent   O- Other

| 26. Code | Name (Last, First, Middle) | 27. Residence Address | 28. Res. Phone |
|---|---|---|---|
| W | ▇▇▇▇▇ | ▇▇▇▇▇ | ▇▇▇ |

| 29. Sex/Race | Height | Weight | Hair | Eyes | 30. D.O.B. | 31. Business Address | 32. Bus. Phone |
|---|---|---|---|---|---|---|---|
| ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | | ▇ |

| 33. If treated for injuries, by whom? | 34. If hospitalized, where? | 35. Date/Time | 36. Nature of Injuries |
|---|---|---|---|
| | | / | |

| 37. WAS THERE A WITNESS TO THE CRIME? | ☒ Yes ☐ No |
|---|---|

38. Pursuant to California Penal Code Section 293 (a), you are informed that your name will be a matter of public record unless you request that it not become a Public Record, pursuant to Section 6254 of the Government Code. Do you elect to exercise your right to privacy?

QUALIFYING SECTION ONLY!

| | |
|---|---|
| Victim #1 | ☐ Yes ☐ No |
| Victim #2 | ☐ Yes ☐ No |

| 39. CAN A SUSPECT BE NAMED OR IDENTIFIED? | BY WHOM? V/1 W/1 | ☒ Yes ☐ No |
|---|---|---|

| 40. Name (Arrestee #1) | Sex/Race | Height | Weight | Hair | Eyes | DOB or Age | Interviewed? | C.tec? |
|---|---|---|---|---|---|---|---|---|
| Holmes, Henry James | M / B | 6-05 | 280 | BLK | BRO | 111059 | ☐ Yes ☐ No | ☒ Bkd? |

| Address of Arrestee #1 | | | | |
|---|---|---|---|---|
| 3315 Park Ave. RVSD 07 | ☐ Prob ☐ Parole | Gang Related ☐ Yes ☒ No | SS ▇▇▇ | Bkg. or Cite number 273857 |

| 41. Name (Arrestee #2) | Sex/Race | Height | Weight | Hair | Eyes | DOB or Age | Interviewed? | Cited? |
|---|---|---|---|---|---|---|---|---|
| | / | | | | | | ☐ Yes ☐ No | ☐ Bkd? |

| Address of Arrestee #2 | | | | |
|---|---|---|---|---|
| | ☐ Prob ☐ Parole | Gang Related ☐ Yes ☐ No | SS CDL# | Bkg. or Cite number |

| 42. CAN A SUSPECT VEHICLE BE IDENTIFIED? | BY WHOM? | ☐ Yes ☒ No |
|---|---|---|

| 43. Susp Veh | License Number | State | Color (Top/Bottom) | Year | Make/Model/Type | Identifying Characteristics | Veh Stored? |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ Yes ☐ No |

| 44. IS THERE ANY SIGNIFICANT PHYSICAL EVIDENCE? | | |
|---|---|---|
| 45. Physical Evidence Present? ☐ Yes ☒ No | 46. Photographs Taken? ☐ Yes ☒ No | 47. Supp/related Rpts? ☐ Yes ☒ No |
| 48. Physical Evidence Seized? ☐ Yes ☒ No | 49. Weapon Seized? ☐ Yes ☒ No | 50. Gang Related? ☐ Yes ☒ No |
| 51. Fingerprint Search Made? ☐ Yes ☒ No | 52. Fingerprints Obtained? ☐ Yes ☒ No | 53. Narc. Field Tested? ☐ Yes ☒ No |
| 54. Type of Weapon, Force or Device Used Hands | 55. Motive Sexual Gratification | Type: N / A   Weight: |

56. Describe briefly how the offense occurred.

According to V/1, S/1 touched V/1's left breast and pelvic area with his left hand on the outside of V/1's clothing.

When V/1 pushed S/1's hand away, he grabbed the back of her neck and tried to force her head down to his

exposed penis.  W/1 only heard V/1 scream and saw S/1 walking away.

## RECORDS SECTIONS

| 57. Reporting Officer | I.D. # | 115 Quality | 58. Supervisor Approving | I.D. # | 59. Date Reviewed | 60. Send copies of this report to: |
|---|---|---|---|---|---|---|
| Robert Forman | 644 | ☒ Yes ☐ No | | 746 | 032500 | Sex Crimes |

| COPIES | | | ☐ INV | ☐ FBI | ENTERED | Dispatcher ID# | | | PAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | | ☐ PMC | ☐ DOJ | STAT | APR/APB | sent | canceled | OF |
| TO | | | ☐ CPS | ☐ DA | ARBK | | | | |
| | | | ☐ COR | ☐ PROB | ANI | DOJ/NCIC | sent | canceled | |

RESTRICTED INFORMATION
Dissemination, distribution or copying
of this document for unauthorized
purposes is prohibited and unlawful.

Riverside Police Department Initial Report

200-50-2(R8/95)
City of Riverside   (ISC 8/95)

```
OTSCASPRT       Superior Court of California, County of Riverside
 4/04/19                         CASE PRINT                         Page:
                          www.riverside.courts.ca.gov          RC
==================================================================
CASE NUMBER:     RIF091270            DEFENDANT STATUS: Active
ARREST NBR :     P300084029           ARREST DATE ....:  3/24/00
ARREST AGY : RIVERSIDE POLICE DEPARTMENT
Defendant .: HOLMES, HENRY JAMES                    Defn :  1 of   1
AKA .......: HOLMES, HENRY JAMES
==================================================================
Defendant Waived 60-day rule for (No 60-day waiver given)  on  0/00/00
    Date Filed : 04/18/00           FALSE ARREST

District Attorney : Elise Farrell    5-8-00    Continuances:      30
Defense  Attorney : MCP J. Hernandez           Age in Days :       0
Custody Status ...: N/A    - Bail:   100,000.00  Last Trial .: 07/09/00

Charge Information
-------------------          FALSE Charge
Ct                                                    Plea     Status S
001 ARREST  220 PC           Assault/Intent Rape,Sodomy,Ora None
                             l Copulation

001 CERTI   220 PC           Assault/Intent Rape,Sodomy,Ora G    Convict
                             l Copulation
002 CERTI   243.4(D) PC      Sexual Battery   A LIE     NG    Dismiss

Criminal Protective Order/Firearm Surrender (DV) dismissed
-----------------------------------------------  by THE
Date     Type                                    Status     Expire
                                                 POLICE DEPT
Case Action Information                          3-24-00
-----------------------                          NO EVIDENCE
Action   Div   Description                                 Status
------   ---   -----------

 3/28/19 61    Ex Parte Hearing Re: Correspondence from Defendant Dispo
               Minutes entered on 04/04/19
               Honorable Judge David A Gunn, Presiding
               Courtroom Assistant: J. Castro
               Defendant is not present.
               The Court has read and considered the Ex-Parte
               correspondence submitted by Defendant re:
               Modification
               The court takes no action.
               Custody status is not applicable - Ex Parte
               Hearing.
               Copy of Minutes furnished to Defendant.
               Copy of Defendant's Correspondence furnished to
               RSO Box.
               MINUTE ORDER OF COURT PROCEEDING

              **** END OF CASE PRINT ****
```

Forced to Plea Guilty to a FALSE Sex Charge
Concealed under Calif Entrapement laws by
defense Counsel

4-18-00 FALSE Warrant Filed by the Court AND D.A.



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

July 19, 2019

No.:          19-55829
D.C. No.:     5:19-cv-00884-DOC-DFM
Short Title:  Henry Holmes v. People of the State of CA

Dear Appellant

The Clerk's Office of the United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and/or request for a certificate of appealability.

**A briefing schedule will not be set until the district court and, if necessary, this court determine whether a certificate of appealability should issue.**

Absent an emergency, all subsequent filings in this matter will be stayed pending the district court's determination on the certificate of appealability.

All subsequent letters and requests for information regarding this matter will be added to your file to be considered at the same time the cause is brought before the court.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

*Back in The Trial Court For Corrections*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
4100 Main Street
Riverside, CA  92501
www.riverside.courts.ca.gov

NOTICE OF DEPARTMENT REASSIGNMENT FOR ALL PURPOSES

HENRY JAMES HOLMES

    vs.                    CASE NO:   RIC 1827344

PEOPLE OF THE STATE OF CALIF

TO:   HENRY JAMES HOLMES
      CDC#P82367
      1352 PITT ST APT 1
      WILKINSBURG PA 15221

This case has been reassigned to the HONORABLE Judge Steven G. Counelis in Department 43 for all purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

Requests for accommodations can be made by submitting Judicial Council form MC-410 no fewer than five court days before the hearing. See California Rules of Court, rule 1.100.

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside and I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the foregoing Notice and Order of Assignment to Department for Case Management Purposes on this date by depositing said copy as stated above.

Dated: 01/09/19           Court Executive Officer/Clerk

                        By
                      MARIELA ECKERT          Deputy Clerk

ac: CRDWHC

*dismissed 2019*

# The State Bar of California

**MISSION ADVANCEMENT &
ACCOUNTABILITY DIVISION**

180 Howard Street, San Francisco, CA 94105   Tel: 415-538-2000   E-mail: Appointments@calbar.ca.gov

February 27, 2019

Henry J. Holmes
1352 Pitt Street, Apt., #1
Wilkinsburg, PA 15221

Re:   Claim of Henry J. Holmes

Dear Mr. Holmes,

Notice is hereby given that as of this date, the State Bar of California rejected the claim you presented to the State Bar of California on or about January 9, 2019.

**<u>WARNING</u>**

**SUBJECT TO CERTAIN EXCEPTIONS, YOU HAVE ONLY SIX (6) MONTHS FROM THE DATE THIS NOTICE WAS PERSONALLY DELIVERED OR DEPOSITED IN THE MAIL TO FILE A COURT ACTION ON THIS CLAIM.  SEE GOVERNMENT CODE SECTION 945.6.**

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Sarah L. Cohen
Claims Officer

*I'm Coming After Both States ! Picked The Wrong Person's Civil Rights to Violate*

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

GAM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Holmes                                        :        CIVIL ACTION
                                              :
                              v.              :
                                              :        NO. **19    4794**
Veith, et. al.                                :

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants.  (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.              ( ☐ )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.              ( ☐ )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( ☐ )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.              ( ☐ )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court.  (See reverse side of this form for a detailed explanation of special management cases.              ( ☐ )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    **550** ( ☒ )

OCT **1 5** 2019            *Daniel Mc Germah*            _____
_____            _____            _____
**Date**                   **Deputy Clerk**             **Attorney for**

_____            _____            _____
**Telephone**              **FAX Number**               **E-Mail Address**

(Civ. 660) 10/02

GAM

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19   4794

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 1352 Pitt Street, Apt 1, Wilkinsburg, PA 15221 _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____ Allegheny _____

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☐

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __10/15/2019__   _Daniel  McConnell_   _____
   *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

---

CIVIL: (Place a √ in one category only)

**A.**   *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights   550
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
   *(Please specify):* _____

**B.**   *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
   *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
   *Attorney-at-Law / Pro Se Plaintiff*   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

U.S. POSTAGE PAID
FCM LG ENV
PITTSBURGH, PA
15221
OCT 11, 19
AMOUNT
**$1.75**
R2303S101356-0



1000

19106

Henry Holmes
1352 Pitt St, Apt 1
Wilkinsburg, PA 15221

U.S. District Court Clerk
Eastern District For
The State OF Penn
601 Market St, Suite 2609
Philadelphia, PA 19106

U.S.M.S.
X-RAY